

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00482-CR

Ralph **JIMENEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR6404
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED November 29, 2023.

_____
Lori I. Valenzuela, Justice